In the Matter of the Claim of ALICE L. WILTROUT, Respondent, against GENERAL ELECTRIC REALTY CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.